AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2017 SEP 19 P 3: 35
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| United States of America<br>v.<br>JERMAINE SCOTT<br>a.k.a. "Maine G"<br>Date of Birth: 06.16.1980<br><br>*Defendant(s)* | Case No.<br>3:17 mj 1502 (WIG) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 18, 2017  in the county of  Fairfield  in the  District of  Connecticut , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | Unlawful Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF DEPUTY UNITED STATES MARSHAL MATTHEW DUFFY

☑ Continued on the attached sheet.

*Complainant's signature*

DEPUTY UNITED STATES MARSHAL MATTHEW DUFFY
*Printed name and title*

Sworn to before me and signed in my presence.

/s/ William I. Garfinkel, USMJ

Date:  09/19/2017

*Judge's signature*

City and state:  BRIDGEPORT, CONNECTICUT

WILLIAM I. GARFINKEL-U.S. MAGISTRATE JUDGE
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2017 SEP 19 P 3: 35
US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **FILED UNDER SEAL** |
| | : | MISC. NO. 3:17 mJ 1502(WIG) |
| v. | : | September 19, 2017 |
| JERMAINE SCOTT, also known as "Maine G" | : | |
| | : | |

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

I, Matthew Duffy, a Deputy United States Marshal with the United States Marshals Service ("USMS"), in New Haven, Connecticut, having been duly sworn, state:

1.  I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for violations of federal law. I have been a Deputy United States Marshal for approximately 10 years. Prior to becoming a Deputy U.S. Marshal, I successfully completed the U.S. Marshals Basic and Criminal Investigator Training Academy in Glynco, Georgia. I am currently assigned to the U.S. Marshals Violent Fugitive Task Force where I work closely with local, state and other federal law enforcement agencies in the investigation and apprehension of fugitives wanted for alleged violations of both state and federal crimes. Since becoming a law enforcement officer, I have participated in hundreds of investigations of state and federal violations, and have conducted or participated in surveillances, the execution of search and arrest warrants, and the debriefing of



1

informants and cooperating witnesses. I have participated in investigations involving the unlawful possession of firearms and ammunition by prohibited persons, including persons who are previously convicted felons; the possession of firearms in furtherance of the distribution of narcotics; and the use of firearms in the commission of violent acts.

2. I have participated in the investigation that is the subject of this affidavit, in conjunction with officers of the New Britain Police Department. As a result of this participation, as well as information provided by other law enforcement officers, I am fully familiar with the facts set forth herein. This affidavit includes only those facts which relate to the need for, and propriety of, the requested authorization; this affidavit does not purport to set forth all of the facts gathered during the course of the investigation of this matter.

3. The statements contained in this affidavit are based on: (1) my personal participation in the investigation; (2) information provided by members of the New Britain Police Department; (3) my review of New Britain police incident reports, (4) witness statements; (5) public information and law enforcement databases; and (6) my experience and training.

4. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact regarding this investigation. Rather, I have set forth only the facts necessary to establish probable cause to believe that JERMAINE SCOTT, also known as "Maine G," has engaged in conduct in violation of Title 18, United States Code, Sections 922(g)(1).

5. On March 29, 2017, several members of the New Britain Police Department responded to an emergency call at 134 Newington Avenue in New Britain. A female resident, victim#1, reported that her boyfriend, JERMAINE SCOTT, had shot her and two of her children inside the home. Victim#1 appeared to be shot in the abdomen area. She reported that her

boyfriend had gotten a firearm from inside the house and shot her and two of her children earlier that morning because they were being too loud.

6.      Victim #1 reported that she and SCOTT lived at the residence with her three children. Victim #1 reported that had been lying in bed on the morning of March 29, 2017, and SCOTT became angry with one of the children who he claimed was being loud. An argument ensued, and SCOTT then reached behind the headboard of the bed and retrieved a gun. According to Victim #1, SCOTT chased Victim #2 into the bathroom and shot Victim #2. SCOTT then shot Victim #3, and when Victim #1 tried to run away, SCOTT shot Victim #1. According to Victim #1, SCOTT left the residence and fled in his vehicle.

7.      New Britain EMS transported the victims to St. Francis Hospital, Hartford Hospital and the Connecticut Children's Medical Center. All three victims were treated for their injuries and survived.

8.      State law enforcement officers obtained a State search warrant which was executed on March 29, 2017. Law enforcement officers also obtained an arrest warrant for SCOTT charging him with Attempted Murder and related charges. New Britain Officers were unable to locate SCOTT, and sought the assistance of the Fugitive Task Force. Since that time, I have been assisting officers in this investigation.

9.      In addition to reviewing reports and interviewing witnesses, I have also reviewed photographs of the physical evidence, including the firearm and ammunition, recovered by members of the New Britain Police Department incident to a State search warrant executed in March 29, 2017, at the residence located at 134 Newington Avenue, New Britain, Connecticut, where the defendant had been living with victim#1. An examination of the firearm recovered from inside the residence reveals that it is a Springfield Armory, model XD-40, .40 caliber pistol,



bearing serial number US409332, with a twelve bullet capacity magazine that was manufactured in Croatia by H.S. Produkt. Among other things, the following items were also found within the residence:

- A box of Federal-brand ammunition containing fifty .40 caliber bullets;
- A black plastic bag containing thirteen .40 caliber bullets;
- Four spent .40 caliber bullet shell casings; and
- A Connecticut-issued adult learners permit in the name of Jermaine Scott (DOB 06/16/1980) inside a black wallet that was located on top of the dresser.

10. After a lengthy investigation, on September 18, 2017, SCOTT was apprehended at 166 Dove Lane, Middletown, Connecticut. SCOTT is charged in State court with three counts of Attempted Murder, and is currently being held on a one million-dollar bond.

11. A review of SCOTT'S criminal history record reveals that he has a criminal record dating back to 1997, and that he has been convicted in Connecticut Superior Court of the following felony crimes: (1) Burglary in the Third Degree, in violation of Connecticut General Statute (CGS) § 53a-103, in April 1998; (2) Possession with Intent to Sell Narcotics, in violation of CGS § 21a-277a, in April 1998; (3) Criminal Possession of a Weapon in a Motor Vehicle, in violation of CGS §53a-217, in January 2002; (5) Attempted Larceny in the Second Degree, in violation of CGS §53a-123, in October 2008; and (6) Criminal Possession of a Weapon, in violation of CGS § 53a-217, in October 2013.

12. Based on the facts and circumstances set forth above, there is probable cause to believe and I do believe that JERMAINE SCOTT, also known as "Maine G," DOB, June 16, 1980, has committed violations of Title 18, United States Code, Section 922(g) (possession of a firearm by a convicted felon). Accordingly, I request the issuance of a complaint and warrant authorizing his arrest.

13. Finally, although SCOTT was arrested by State law enforcement officials on the



Assault with a Firearm charges, the investigation of this case is on-going, and I believe that public disclosure of the information set forth in this affidavit, and the complaint and warrant, may compromise the integrity of the investigation and the safety of the law enforcement agents and officers. I therefore request that this affidavit, as well as the complaints and warrants, remain under seal until further order of the Court.

Matthew Duffy
Deputy United States Marshal
United States Marshals Service, Violent Fugitive Task Force,
New Haven, Connecticut

Subscribed and sworn to before me 19th day of September, 2017, at Bridgeport, Connecticut.

/s/ William I. Garfinkel, USMJ

HONORABLE WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE

