UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY B-17-1    3:17cr235(AVC)

UNITED STATES OF AMERICA

v.

JERMAINE SCOTT,
also known as "Maine G"

CRIMINAL NO.

VIOLATION:
18 U.S.C. §§ 922(g)(1) and 924(a)(2)
(Unlawful Possession of a Firearm and
Ammunition by a Convicted Felon)

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Unlawful Possession of a Firearm by a Convicted Felon)

1.  On or about March 29, 2017, in the District of Connecticut, the defendant JERMAINE SCOTT, also known as "Maine G," having been convicted in the Superior Court of the State of Connecticut of crimes punishable by a term of imprisonment exceeding one year, that is: (1) Third Degree Burglary, in violation of Connecticut General Statutes § 53a-103, on or about April 27, 1998;  (2) Possession of Narcotics in violation of Connecticut General Statutes § 21a-279(a), on or about April 27, 1998; (3) Possession of Narcotics with Intent to Sell, in violation of Connecticut General Statutes § 21a-277(a), on or about March 15, 1999;  (4) Criminal Possession of a Weapon, in violation of Connecticut General Statutes § 53a-48, on or about January 23, 2002; (5) Stealing a Firearm, in violation of Connecticut General Statutes § 53a-212, on or about January 23, 2002; (6) First Degree Failure to Appear, in violation of Connecticut General Statutes § 53a-172, on or about January 23, 2002; (7) First Degree Failure to Appear, in violation of Connecticut General Statutes § 53a-172, on or about October 6, 2008; and (8) Criminal Possession of a Weapon, in violation of Connecticut General Statutes § 53a-217, on or about October 18, 2013,

1

did knowingly possess a firearm in and affecting commerce, namely a Springfield Armory, model XD-40, .40 caliber semi-automatic handgun, bearing serial number US409332, which had been transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO
(Unlawful Possession of Ammunition by a Convicted Felon)

2. On or about March 29, 2017, in the District of Connecticut, the defendant JERMAINE SCOTT, also known as "Maine G," having been convicted in the Superior Court of the State of Connecticut of crimes punishable by a term of imprisonment exceeding one year, that is: (1) Third Degree Burglary, in violation of Connecticut General Statutes § 53a-103, on or about April 27, 1998; (2) Possession of Narcotics in violation of Connecticut General Statutes § 21a-279(a), on or about April 27, 1998; (3) Possession of Narcotics with Intent to Sell, in violation of Connecticut General Statutes § 21a-277(a), on or about March 15, 1999; (4) Criminal Possession of a Weapon, in violation of Connecticut General Statutes § 53a-48, on or about January 23, 2002; (5) Stealing a Firearm, in violation of Connecticut General Statutes § 53a-212, on or about January 23, 2002; (6) First Degree Failure to Appear, in violation of Connecticut General Statutes § 53a-172, on or about January 23, 2002; (7) First Degree Failure to Appear, in violation of Connecticut General Statutes § 53a-172, on or about October 6, 2008; and (8) Criminal Possession of a Weapon, in violation of Connecticut General Statutes § 53a-217, on or about October 18, 2013, did knowingly possess ammunition in and affecting commerce, namely 50 rounds of Federal .40 caliber ammunition and 13 rounds of assorted .40 caliber ammunition, which had been transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
(Firearms Offenses)

3. Upon conviction of the offenses alleged in Counts One or Two of this Indictment, the defendant JERMAINE SCOTT, also known as "Maine G," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the offense, including but not limited to: (1) one Springfield Armory, model XD-40, .40 caliber semi-automatic handgun, bearing serial number US409332, with a magazine containing 9 rounds of ammunition; (2) one box containing 50 rounds of .40 caliber Federal ammunition; and (3) one bag containing 13 rounds of .40 caliber ammunition.

A TRUE BILL:

/s/
FOREPERSON

DEIRDRE M. DALY
UNITED STATES ATTORNEY

ALINA P. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY